IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHER DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| C. SUE SCHWAMBERGER | ‖ | Case No.   3:19 CV 2626 |
| | ‖ | JUDGE JACK ZOUHARY |
| Plaintiff-Appellant, | ‖ | |
| v. | ‖ | |
| MARION COUNTY BOARD OF ELECTIONS, et al. | ‖ | |
| Defendant-Appellee. | ‖ | |

**NOTICE OF APPEAL**

Notice is hereby given that Plaintiff-Appellant hereby appeals to the United States Court of Appeals for the Sixth Circuit from Judgment Entry (Doc. 21) and Order Granting Rule 12(B)(6) Motion to Dismiss (Doc. 20) filed on May 1, 2020.

Respectfully Submitted,

*/s/ J.C. Ratliff*
J.C. Ratliff     (0027898)
Jeff Ratliff     (0083818)
Rocky Ratliff  (0089781)
Attorneys for Plaintiff-Appellant
200 West Center Street
Marion, OH 43302
Telephone;   740/383-6023
Facsimile:    740/383-2066
Email: attorney.ratliff@gmail.com

1

CERTIFICATE OF SERVICE

This is to certify that on May 29, 2020, a copy of the foregoing Notice of Appeal was filed electronically. Notice of this filling will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ J.C. Ratliff*
J.C. Ratliff   (0027898)